# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | CV 10-4520 ODW(RCx) | Date | May 10, 2011 |
| Title | Rudolph Bowers v. National Union Fire Insurance Company et al | | |

| Present: The Honorable | Otis D. Wright II, United States District Judge | |
|---|---|---|
| Raymond Neal | Not reported | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: | |
| Not present | Not present | |

**Proceedings (In Chambers):** Order to Show Cause re Case Settlement

The Court is in receipt of the Notice of Settlement [26] filed May 4, 2011. The Court orders the parties to show cause why settlement has not been finalized and sets a hearing on the matter for **Monday, June 27, 2011 at 1:30 p.m.**

The OSC hearing and all other case dates will be vacated upon receipt by the Court of a stipulation and proposed order of dismissal.

IT IS SO ORDERED.

: 00

Initials of Preparer RGN